# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**UVO OLOGBORIDE,**
Appellant,

v.

**INVERRARY GARDENS CONDO I,** a
Florida Corporation, not-for-profit,
Appellee.

No. 4D18-1905

[January 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE 16-021414 (04).

Uvo Ologboride, Lauderhill, pro se.

Nathan M. Whitford of Tucker & Lokeinsky, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***